IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR, ) | CIVIL NO. CV13-00458 SOM-KSC |
| ) | |
| Plaintiffs, ) | ORDER ADOPTING MAGISTRATE |
| ) | JUDGE'S FINDINGS AND |
| vs. ) | RECOMMENDATION TO GRANT |
| ) | PLAINTIFF'S MOTION FOR |
| JOHN KEONI WELCH, an ) | DEFAULT JUDGMENT AGAINST |
| individual, dba JOHN KEONI ) | DEFENDANT JOHN KEONI |
| WELCH REAL ESTATE ) | WELCH, an individual, dba JOHN |
| BROKERAGE, and dba ) | KEONI WELCH REAL ESTATE |
| HOMES & CONDOS HAWAII; ) | BROKERAGE, and dba HOMES & |
| JOHN DOES 1-10; JANE DOES 1- ) | CONDOS HAWAII |
| 10; DOE CORPORATIONS 1-10; ) | |
| DOE PARTNERSHIPS 1-10; and ) | |
| DOE ASSOCIATIONS 1-10, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION**

Findings and Recommendation having been filed on March 10, 2014 and served on all parties on March 10, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Magistrate Judge's Findings and Recommendation to Grant Plaintiff's Motion for Default Judgment Against Defendant John Keoni Welch, an individual, dba John Keoni

Welch Real Estate Brokerage, and dba Homes & Condos Hawaii" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 11, 2014.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Vincent Khoury Tylor v. John Keoni Welch, et al., Civil No. 13-00458 SOM-KSC

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT JOHN KEONI WELCH, an individual, dba JOHN KEONI WELCH REAL ESTATE BROKERAGE, and dba HOMES & CONDOS HAWAII